# EXHIBIT 1

PH

**08 C 917**

**JUDGE KENNELLY**
**MAGISTRATE JUDGE MASON**

December 13, 2006

Joffrey Q. Benford
REDACTED

S & P Capital Investment, Inc.
1601 Airport Fwy
Euless, TX, 76040-4020

Date December 13, 2006

Re: Acct CLOUT FIN -D10335XXXX

To Whom It May Concern:

This letter is being sent to you in response to a notice sent to me. Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec. 809 (b) that your claim is disputed and validation is requested.

This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with competent evidence that I have any legal obligation to pay you.

Please provide me with the following:

What the money you say I owe is for;
Explain and show me how you calculated what you say I owe;
Provide me with copies of any papers that show I agreed to pay what you say I owe;
Provide a verification or copy of any judgment if applicable;
Identify the original creditor;
Prove the Statute of Limitations has not expired on this account
Show me that you are licensed to collect in my state
Provide me with your license numbers and Registered Agent

At this time I will also inform you that if your offices have reported invalidated information to any of the 3 major Credit Bureau's (Equifax, Experian or TransUnion) this action might constitute fraud under both Federal and State Laws. Due to this fact, if any negative mark is found on any of my credit reports by your company or the company that you represent I will not hesitate in bringing legal action against you for the following:

Violation of the Fair Credit Reporting Act
Violation of the Fair Debt Collection Practices Act
Defamation of Character
If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information and during such time all collection activity must cease and desist.

Also during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I will consult with my legal counsel for suit. This includes any listing any information to a credit reporting repository that could be inaccurate or invalidated or verifying an account as accurate when in fact there is no

provided proof that it is.

If your offices fail to respond to this validation request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from my credit file and a copy of such deletion request shall be sent to me immediately.

I would also like to request, in writing, that no telephone contact be made by your offices to my home or to my place of employment. If your offices attempt telephone communication with me, including but not limited to computer generated calls and calls or correspondence sent to or with any third parties, it will be considered harassment and I will have no choice but to file suit. All future communications with me MUST be done in writing and sent to the address noted in this letter by USPS.

It would be advisable that you assure that your records are in order before I am forced to take legal action. This is an attempt to correct your records, any information obtained shall be used for that purpose.

Best Regards,

Joffrey Benford

# EXHIBIT 2

Christopher M. Ranieri P.A.
PO Box 815
Williamsville, NY 14231
ADDRESS SERVICE REQUESTED

**Law Office of**
**Christopher M. Ranieri P.A.**

3890 West Commercial Boulevard, Suite 211
Fort Lauderdale, Florida 33309
1-800-721-9789　• Fax (954) 739-2591

09/21/2007

AHN0 - 000072
Joffrey Benford
REDACTED

Original Creditor: Clout Financial Services
Current Creditor: First American Investment Company
ID: 4680806500110563
File #: 262665
Balance: $2,843.58

RANIT0HNTY727135E8

ID:　4680806500110563　　Original Creditor: Clout Financial Services
File #:　262665　　　　　　Current Creditor: First American Investment Company　　Balance: $2,843.58

Dear Joffrey Benford:

　　This is a demand for payment of the original debt incurred by you. The debt identified above was sold by Clout Financial Services, all of your rights and obligations regarding this contract have been placed with this office.

　　You may choose to resolve this matter with one of the following options: (1) You may pay the balance in full in the amount of $2,843.58 with certified funds or (2) You may contact this office to make an acceptable payment arrangement. **Please remit payment to the order of First American Investment Co., LLC.** When you provide a check as payment, you authorize us either to use information from your check to make a onetime electronic fund transfer from your account or to process the payment as a check transaction.

　　At this time, no attorney with this firm has personally reviewed the particular circumstances of your account. However, if you fail to contact this office our client may consider additional remedies to recover the balance due.

　　You may contact this office toll free at 1-800-721-9789, Monday through Saturday 8:00am-9:00pm EST. **Please refer to the file number indicated above.**

　　Federal law requires we notify you this is an attempt to collect a debt; any information obtained will be used for that purpose. This communication is from a debt collector.

　　**All payments are to be remitted to: First American Investment Company, LLC., P.O. Box 815, Williamsville, NY 14231.** No responsibility will be taken for any lost payments sent to 3890 West Commercial Boulevard, Suite 211, Fort Lauderdale, Florida 33309.

　　Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days of receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such a judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of original creditor, if different from the current creditor.

Sincerely,
Law Office of Christopher M. Ranieri P.A.

**PLEASE READ THE REVERSE SIDE FOR SPECIFIC STATE COLLECTION LAWS THAT MAY APPLY TO YOUR STATE.**

We are required under state law to give you the following notices, some of which refer to rights you have under federal law. This list does not include a complete list of the rights to which consumers or commercial businesses have under state and federal law. Note the following, which may apply in the specified states:

**California:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-800-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by a credit agency if you fail to fulfill the terms of your credit obligations.

**Colorado:** We are required under state law to notify consumers of the following rights. This notice does not contain a complete list of the rights consumers have under state and federal law. Colorado Residents: If you notify us in writing that you wish us to cease contact by telephone at your residence or place of employment, then no such further contact by telephone shall be made. If you notify us in writing that you refuse to pay a debt or that you wish us to cease further communication with you, then we shall not communicate further with you with respect to such debt, except for a written communication: (A) to advise you that our further efforts are being terminated; (B) to notify you that we may invoke specified remedies which we ordinarily invoke; or (C) where applicable, to notify you that we intend to invoke a specified remedy permitted by law. If you orally inform us of any of the matters specified in this paragraph, we shall advise you that such communication must be made in writing. Collection agencies are licensed by the Collection Agency Board, 1525 Sherman Street, 5th Floor, Denver, CO 80203. Do not send payments to the Collection Agency Board. For information about the Colorado Fair Debt Collection Practices Act, see WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM.

**Massachusetts:** We are required under state law to notify consumers of the following rights. This notice does not contain a complete list of the rights consumers have under state and federal law. Residents of Massachusetts – NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE COLLECTION AGENCY. Office hours: Monday through Friday, 9:00 a.m. through 10:00 p.m.

**Michigan:** Michigan requires us to give the following notice, however, all consumers have these rights under federal law. The failure of a consumer to dispute the validity of a debt shall not be construed as an admission of liability by the consumer.

**Utah:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

# EXHIBIT 3

LAW OFFICES OF
# KRISTIN SWANSON-MACE, P.A.

238 N. Westmont Drive, Suite 105-107  
Altamonte Springs, Florida 32714

Phone 866-521-0411  
Fax 407-862-2518

November 21, 2007

Curtis C. Warner, Esq.  
Warner Law Firm, LLC  
Millennium Park Plaza  
151 N. Michigan Ave. 37th Floor-3714  
Chicago, Illinois 60601

Re: Your Client Joffrey Benford

Dear Mr. Warner:

Thank you for your correspondence of November 20, 2007 reference your client, Joffery Benford.

Please be advised that The Christopher Ranieri Law Firm is not associated or affiliated in any manner with this office.

In light of the apparent conflict with the Law Firm we have closed and returned the file to our client S&P Capital Inc. and have ceased representation in this matter.

I have no knowledge as to whether this matter will be pursued in the future by another firm.

Very Truly Yours,

Richard Porter  
Paralegal  
File Management  
EG/RP