# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

JOFFREY BENFORD v. CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; CHRISTOPHER M. RANIERI, P.A.; FIRST AMERICAN INVESTMENT COMPANY, LLC; S & P CAPITAL MANAGEMENT LLC.,

Case Number:

**FILED**
FEBRUARY 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH  **08 C 917**

JUDGE KENNELLY
MAGISTRATE JUDGE MASON

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF JOFFREY BENFORD

| | |
|---|---|
| NAME (Type or print) | |
| CURTIS C. WARNER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ CURTIS C. WARNER | |
| FIRM | |
| WARNER LAW FIRM, LLC | |
| STREET ADDRESS | |
| 151 N. Michigan Ave. Ste. 3714 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6282197 | 312.238.9820 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐