IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOFFREY BENFORD, | ) | |
| | ) | Case No. 08 C 917 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| CHRISTOPHER M. RANIERI d/b/a | ) | |
| LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; | ) | |
| CHRISTOPHER M. RANIERI, P.A.; | ) | |
| FIRST AMERICAN INVESTMENT COMPANY, LLC; | ) | |
| and S & P CAPITAL MANAGEMENT LLC., d/b/a | ) | |
| S & P CAPITAL INVESTMENTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I, Curtis C. Warner, hereby certify that on February 27, 2008, a copy of this Court's February 27, 2008, Order, Docket No. 9, was sent via certified mail to the same addresses to which the Notice of Lawsuit and Request for Waiver of Service was sent. This certificate of mailing was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via certified mail to the following:

Christopher M. Ranieri
3890 West Commercial Blvd.
Fort Lauderdale, Florida 33309

First American Investment Company, LLC
c/o Carl Steinbrenner
400 Linden Oaks Drive
Rochester, NY 14625

S & P Capital Management LLC
c/o Neil A. Patel
1601 W. Airport Freeway
Euless, Texas 76040

                                                Respectfully submitted,

                                                s/ Curtis C. Warner
                                                Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601