# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOFFREY BENFORD

V.

CHRISTOPHER M. RANIERI et al.

CASE NUMBER: 08 C 917

ASSIGNED JUDGE: Kennelly

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

FIRST AMERICAN INVESTMENT COMPANY, LLC, c/o Carl Steinbrenner, 400 Linden Oaks Drive, Rochester, New York, 14625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Warner Law Firm, LLC, Attn: Curtis C. Warner, 151 N. Michigan Ave. 37th Fl. - Ste. 3714, Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

------------------------------
(By) DEPUTY CLERK



March 20, 2008
------------------------------
Date

Northern Illinois District Coourt
Court#: 08 C 917    MCSO#: 08002054

Joffrey Benford
       -vs-
Christopher M. Ranieri et al

STATE OF NEW YORK
County of Monroe

Chris Wojtas of the Monroe County Sheriff's Office being duly sworn, deposes and says that he is over 21 years of age and a Deputy Sheriff for the office of sheriff for the County of Monroe. The deponent further states that he is not a party to this action.

That on 3/25/2008 at 4:05PM at 400 Linden Oaks c/o Carl Steinbrenner Rochester, NY 14625 deponent served the within Summons, Complaint, Exhibits 1, 2, and 3, Notification of Docket Entry on First American Investment Company, LLC by delivering thereat a true copy of each personally; deponent knew the person so served to be the person described as said servee therein.

Deponent describes the individual as follows:

SEX: Male
SKIN: White
DOB: 2/18/1955
HEIGHT: 5'9"
OTHER:

HAIR: Black
AGE: 53
WEIGHT: 160

Comment:

Deputy Sheriff
Chris Wojtas

Subscribed and sworn
on Before me this
March 25, 2008

NOTARY PUBLIC

MARIE F. WILCOX
NOTARY PUBLIC, State of New York
No. 01WI6072830
Qualified in Monroe County
My Commission Expires July 31, 2012

© SoftCode, Inc. 2004 - NY_MONROE_AFFIDAVIT_PERSONAL.dot

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                    *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.