IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. RANIERI d/b/a<br>LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.;<br>CHRISTOPHER M. RANIERI, P.A.;<br>FIRST AMERICAN INVESTMENT COMPANY, LLC;<br>and S & P CAPITAL MANAGEMENT LLC., d/b/a<br>S & P CAPITAL INVESTMENTS, INC.,<br><br>    Defendants. | Case No. 08 C 917<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

NOW COMES, Plaintiff Joffrey Benford, by and though his counsel, and moves this Honorable Court for leave to file an Amended Complaint, attached hereto as <u>Appendix 1</u>.

In support of this motion, Plaintiff states as follows:

1.  On February 13, 2008, Plaintiff filed this action seeking redress against a unlawful credit and collection practices that violates the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*., ("FDCPA") engaged in by Christopher M. Ranieri d/b/a Law Office of Christopher M. Ranieri P.A., Christopher M. Ranieri P.A. ("Ranieri") First American Investment Company, LLC ("First American") and S & P Capital Management LLC d/b/a S & P Capital Investments, Inc. ("S&P") in attempting to collect an old debt, believed to have been paid off, contacting one of Plaintiff's relatives informing her that Plaintiff needed to be served with court papers for a November 2007 hearing, when in fact Plaintiff was not sued and no such hearing existed. Furthermore, Defendants failed to note that Plaintiff had disputed the debt and permitted the debt to be collected upon by another debt collector subsequent to the transfer of that debt.

2. On February 19, 2008, the certified letter containing the Notice of Lawsuit and Request for Waiver of Service Summons sent to First American and was signed for by an officer of the company, Carl Steinbrenner.

3. More than 30 days elapsed since sending the Waiver of Summon without First American waiving service, and therefore on March 25, 2008, First American's agent was personally served with the summons and a copy of the Complaint.  (Dkt. 12. Apr. 15, 2008).

4. Unknown to Plaintiff's counsel until recently, First American on or about March 7, 2008, changed its corporate name to United States Credit Agency, LLC.  Oddly, United States Credit Agency, LLC's use of the words "United States" in its name is a patently blatant violation of the FDCPA.  15 U.S.C. § 1692e(1) ("The false representation or implication that the debt collector is vouched for, bonded by, or affiliated with the United States . . . .")

5. On or about March 27, 2008, Ranieri was served with the Summons and Complaint in this matter.

6. On April 15, 2008, in a phone call between Plaintiff's counsel and Mr. Ranieri, Mr. Ranieri requested an additional 20 days to answer the Complaint and was informed that due to the name change and continued allegations of similar wrong doing, Plaintiff would be amending his complaint.

7. Rule 15(a) provides that, "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is due."

8. None of the Defendants have filed an answer in this matter.

9. The amended complaint changes First American's name to its current corporate name, adds facts of additional federal complaints filed under the FDCPA against

Ranieri and seeks punitive damages for Ranieri's conduct as such continued and malicious conduct by an attorney warrants them.

10. Defendants will not be prejudiced by allegations made in the proposed amended complaint at this early stage of litigation.

WHEREFORE, Plaintiff requests this Honorable Court to grant Plaintiff's motion leave to file the Amended Complaint attached hereto as <u>Appendix 1</u> and require Defendants to answer the Amended Complaint 11 days after service of the Amended Complaint.

                Respectfully submitted,

                <u>s/ Curtis C. Warner</u>
                  Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. 37th Floor - 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)
cwarner@warnerlawllc.com