# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER M. RANIERI d/b/a )<br>LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; )<br>CHRISTOPHER M. RANIERI, P.A.; )<br>FIRST AMERICAN INVESTMENT COMPANY, LLC; )<br>and S & P CAPITAL MANAGEMENT LLC., d/b/a )<br>S & P CAPITAL INVESTMENTS, INC. )<br>)<br>Defendants. ) | Case No. 08 C 917<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 23, 2008, at 9:30 a.m**., before the Honorable Matthew F. Kennelly, or any judge occupying his place and stead in Room 2103 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, I shall present **Plaintiff's Motion to Amend the Complaint.**

                                                     Respectfully submitted,

                                                     s/ Curtis C. Warner
                                                     Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601

CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on April 15, 2008, a copy of this notice of motion and the motion described therein were filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail to the following:

Christopher M. Ranieri
3890 West Commercial Blvd.
Fort Lauderdale, Florida 33309

United States Credit Agency, LLC f/k/a
First American Investment Company, LLC
c/o Carl Steinbrenner
400 Linden Oaks Drive
Rochester, NY 14625

S & P Capital Management LLC
c/o Neil A. Patel
P.O. Box 709
Bedford, TX 76095

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601