AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JOFFREY BENFORD

*RECEIVED 08-MAR-24 AM 9:07 SHERIFF'S OFFICE By _____*

V.

CHRISTOPHER M. RANIERI et al.

CASE NUMBER: 08 C 917

ASSIGNED JUDGE: Kennelly

DESIGNATED MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A, 3890 West Commercial Boulevard, Fort Lauderdale, Florida 33309

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Warner Law Firm, LLC, Attn: Curtis C. Warner, 151 N. Michigan Ave. 37th Fl. - Ste. 3714, Chicago, Illinois 60601

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

-----------------------------------
(By) DEPUTY CLERK

March 20, 2008
-----------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE March 27, 2008 |
| NAME OF SERVER (PRINT) Gary Gottsleben | TITLE Deputy |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Christopher M. Ranieri 3890 W. Commercial Blvd. Ft. Laud. Fl. 33309

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $50— | TOTAL $50— |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-1-08
Date

Signature of Server: Gary Gottsleben 1161
GARY GOTTSLEBEN

Address of Server: 2601 W. Broward Blvd., Ft. Laud, Fl 33312

Sworn to before me on 2nd day of April, 2008

Carol J. Trefry
NOTARY PUBLIC-STATE OF FLORIDA
Carol J. Trefry
Commission #DD549410
My Comm. Expires: 05/08/2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# BROWARD COUNTY SHERIFF'S OFFICE
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

## RETURN OF SERVICE

Assignment: 1161   DBA LAW OFC. OF CHRISTOPHER M. RANIERI   Service Sheet #: 08-021374

BENFORD, JOFFREY vs. CHRISTOPHER M. RANIERI, ETAL.   08-C-917

PLAINTIFF: SUM/COMPLAINT/OS   vs.   DEFENDANT: DISTRICT/   CASE

TYPE OF WRIT: RANIERI, CHRISTOPHER M.   COURT: 3890 W COMMERCIAL BLVD   HEARING DATE:
SERVE: DBA LAW OFC. OF CHRISTOPHER   FT. LAUDERDALE, FL 33309

Received this process on 3/24/2008

343003
WARNER LAW FIRM, LLC.
151 N MICHIGAN AVE 37TH FLR STE 3714
CHICAGO, IL 60601
ATTN: CURTIS C. WARNE
15577 Attorney

☒ Served
☐ Not Served – see comments

MARCH 27, 2008   1:37 PM
Date   Time

On RANIERI, CHRISTOPHER M DBA LAW OFC. OF CHRISTOPHER, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☒ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:
_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**
☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: 3/27/08 "White, Male, 6 FT 0 IN, Brown Hair, 210 LBS, Brown Eyes, 49."

You can now check the status of your writ by visiting the Broward Sheriff's Office Website at www.sheriff.org and clicking on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY: Deputy Gary Gottscebe #1161

ORIGINAL