# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER M. RANIERI d/b/a<br>LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.;<br>CHRISTOPHER M. RANIERI, P.A.;<br>FIRST AMERICAN INVESTMENT COMPANY, LLC;<br>and S & P CAPITAL MANAGEMENT LLC., d/b/a<br>S & P CAPITAL INVESTMENTS, INC.<br><br>　　　　Defendants. | Case No. 08 C 917<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **April 23, 2008, at 9:30 a.m**., before the Honorable Matthew F. Kennelly, or any judge occupying his place and stead in Room 2103 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, I shall present **Plaintiff's Motion for Costs and Attorney's Fees Under Fed. R. Civ. P. 4(d)(5).**

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Curtis C. Warner
　　　　　　　　　　　　　　　　　　　Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on April 17, 2008, a copy of this notice of motion and the motion described therein were filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail to the following:

Christopher M. Ranieri
3890 West Commercial Blvd.
Fort Lauderdale, Florida 33309

United States Credit Agency, LLC f/k/a
First American Investment Company, LLC
c/o Carl Steinbrenner
400 Linden Oaks Drive
Rochester, NY 14625

S & P Capital Management LLC
c/o Neil A. Patel
P.O. Box 709
Bedford, TX 76095

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601