IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOFFREY BENFORD, | ) | |
| | ) | Case No. 08 C 917 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| CHRISTOPHER M. RANIERI d/b/a | ) | |
| LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; | ) | |
| CHRISTOPHER M. RANIERI, P.A.; | ) | |
| FIRST AMERICAN INVESTMENT COMPANY, LLC; | ) | |
| and S & P CAPITAL MANAGEMENT LLC., d/b/a | ) | |
| S & P CAPITAL INVESTMENTS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED EXHIBIT No. 4 AND TO STRIKE DOCUMENT 17-2 FROM THE RECORD**

NOW COMES, Plaintiff Joffrey Benford, by and though his counsel, and moves this Honorable Court for leave to file a corrected version of the exhibits in support of his motion for costs and attorney's fess under Rule 4 and to strike document 17-2 from the record.

In support of this motion, Plaintiff states as follows:

1.  In preparation of filing Plaintiff's Motion for Costs and Attorney's Fees Under Rule 4 combined several documents using Adobe ® Acrobat® combine files function which inadvertently, in Exhibit 4, included a proposed settlement demand sent to Defendants Ranieri which is required by this Court's standing order and a copy of the motion for attorney's fees and costs.

WHEREFORE Plaintiff requests this Honorable Court for leave to file a corrected version of the exhibits in support of his motion for costs and attorney's fess under Rule 4 and to strike document 17-2 from the record.

                                  Respectfully submitted,

                                  <u>s/ Curtis C. Warner</u>
                                      Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. 37th Floor - 3714
Chicago, Illinois 60601
(312) 238-9820  (TEL)
cwarner@warnerlawllc.com