IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOFFREY BENFORD, | ) | Case No. 08 C 917 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| CHRISTOPHER M. RANIERI d/b/a | ) | |
| LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; | ) | |
| CHRISTOPHER M. RANIERI, P.A.; | ) | |
| FIRST AMERICAN INVESTMENT COMPANY, LLC; | ) | |
| and S & P CAPITAL MANAGEMENT LLC., d/b/a | ) | |
| S & P CAPITAL INVESTMENTS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF MAILING**

I, Curtis C. Warner, hereby certify that on April 22, 2008, a copy of this certificate was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail along with the April 21, 2008, Appearance of Laura K. Bautista on behalf of Plaintiff to the following:

Christopher M. Ranieri
3890 West Commercial Blvd.
Fort Lauderdale, Florida 33309

United States Credit Agency, LLC f/k/a
First American Investment Company, LLC
c/o Carl Steinbrenner
400 Linden Oaks Drive
Rochester, NY 14625

S & P Capital Management LLC
c/o Neil A. Patel
P.O. Box 709
Bedford, TX 76095

          Respectfully submitted,

          s/ Curtis C. Warner
          Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601