## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Joffrey Benford

                       Plaintiff,

v.                                           Case No.: 1:08–cv–00917

                                           Honorable Matthew F. Kennelly

Christopher A Ranieri, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 18, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 4/18/2008 with only plaintiff's attorney appearing. The docket reflects that defendants Ranieri and Ranieri PA have been served with summons. Defendants Ranieri and Ranieri PA are held in default for failure to respond to the complaint in timely fashion following service of summons. Prove up hearing set for 5/28/2008 at 9:30 AM. Status hearing continued to 5/28/2008 at 09:30 AM. Plaintiff's attorney is directed to mail a copy of this order to all defendants. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.