IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. RANIERI d/b/a<br>LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.;<br>CHRISTOPHER M. RANIERI, P.A.;<br>FIRST AMERICAN INVESTMENT COMPANY, LLC;<br>and S & P CAPITAL MANAGEMENT LLC., d/b/a<br>S & P CAPITAL INVESTMENTS, INC.<br><br>    Defendants. | Case No. 08 C 917<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

**CERTIFICATE OF MAILING**

I, Curtis C. Warner, hereby certify that on April 22, 2008, a copy of this certificate was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail along with this Court's April 22, 2008 Minute Order to the following:

Christopher M. Ranieri
3890 West Commercial Blvd.
Fort Lauderdale, Florida 33309

United States Credit Agency, LLC f/k/a
First American Investment Company, LLC
c/o Carl Steinbrenner
400 Linden Oaks Drive
Rochester, NY 14625

S & P Capital Management LLC
c/o Neil A. Patel
P.O. Box 709
Bedford, TX 76095

A copy of this Court's April 22, 2008 Order was also sent via fax to Christopher M. Ranieri, telephone number (954) 739-2591, and the ECF generated minute order sent to Plaintiff's counsel was forwarded via e-mail to Ranierilaw@bellsouth.net.

>Respectfully submitted,
>
>s/ Curtis C. Warner
>Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)

Laura K. Bautista
205 W. Monroe, 4th Floor
Chicago, Illinois 60606
(773) 512-5796 (TEL)

*Counsel for Plaintiff*