IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD, <br> Plaintiff, <br> vs. <br> CHRISTOPHER M. RANIERI, d/b/a <br> LAW OFFICE OF CHRISTOPHER <br> M. RANIERI, P.A.; CHRISTOPHER <br> RANIERI, P.A.; FIRST AMERICAN <br> INVESTMENT CO., LLC; and S&P <br> CAPITAL MANAGEMENT LLC., d/b/a <br> S&P CAPITAL INVESTMENTS, INC. <br> Defendants. | Case No: 08 C 917 <br><br> Judge Kennelly <br><br> Magistrate Judge Mason <br><br> **FILED** <br><br> APR 22 2008 YM <br> Apr 22 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

## ANSWER OF DEFENDANTS CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A. and CHRISTOPHER M. RANIERI, P.A.

CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A. (hereinafter Ranieri) and CHRISTOPHER M. RANIERI, P.A. (hereinafter Ranieri, P.A.) by way of Answer to the Complaint says;

1. Deny paragraphs 1 and 2 of the Complaint to the extent they relate to actions of Ranieri or Ranieri, P.A.

2. Lacks knowledge and information sufficient to form a belief as to the allegations of paragraph 3 of the Complaint.

3. Lacks knowledge and information sufficient to form a belief as to the allegations of paragraph 4a of the Complaint. Admits paragraph 4b of the Complaint. Deny paragraphs 4c and 4d of the Complaint.

4. Admit paragraph 5 and 6 of the Complaint.

5. Deny paragraphs 7, 8, 9 and 10 of the Complaint.

6. Neither admit or deny the allegations of paragraphs and 11 and 12 of the Complaint inasmuch as they are not directed to Ranieri or Ranieri, P.A.

7. Lacks knowledge and information sufficient to form a belief as to the allegations of paragraphs 13, 14, 15, 16 and 17 of the Complaint.

8. Admit paragraphs 18 and 19 of the Complaint.

9. Deny paragraphs 20, 21 and 22 of the Complaint.

10. Admit paragraph 23 of the Complaint.

11. Deny paragraphs 24, 25 and 26 of the Complaint.

12. Lack knowledge and information sufficient to form a belief as to the allegations of paragraphs 27 and 28 of the Complaint.

13. Deny paragraphs 31, 32, 33, 35, 36 and 37 of the Complaint.

WHEREFORE Defendants, CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A. and CHRISTOPHER M. RANIERI, P.A. demand judgment in their favor, for costs of defending this action and such other and further relief the Court deems equitable and just.

RESPECTFULLY SUBMITTED,

Dated: April 16, 2008

_____
Christopher Ranieri, individually and as president of Christopher M. Ranieri, P.A.
3890 West Commercial Boulevard
Suite 218
Fort Lauderdale, Florida 33309
954.739-2527
954.739-2591 fax
ranierilaw@bellsouth.net

### AFFIRMATIVE DEFENSES

Defendants state that they may rely on one or more of the following affirmative defenses prior to or at the time of trial:

1. For their first affirmative defense, Defendants state that Plaintiff's complaint fails to state a claim upon which relief may be granted.

2. For their second affirmative defense Defendants state that if any alleged violations occurred, said violations were unintentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adopted to avoid such error.

3. For their third affirmative defense, Defendants state that Plaintiff suffered no compensable damages.

4. For their fourth affirmative defense, Defendants state that Plaintiff's claims are barred by unclean hands, waiver, estoppel, set-off, and/or election of remedies.

5. For their fifth affirmative defense, Defendants state any purported damages Plaintiff suffered were due to his own actions, inaction and/or negligence.

6. For their sixth affirmative defense, Defendants state that as a further defense, without waiving any other defenses asserted herein, they assert all available immunities defenses, privileges, and rights available under the applicable statutes herein, court rules, and as permitted by law.

7. Defendants reserve the right to add affirmative defenses made known to them through the course of discovery.

WHEREFORE Defendants, CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A. and CHRISTOPHER M. RANIERI, P.A. demand judgment in their favor, for costs of defending this action and such other and further relief the Court deems equitable and just.

RESPECTFULLY SUBMITTED,

Dated: April 16, 2008

Christopher Ranieri, individually and as president of Christopher M. Ranieri, P.A.
3890 West Commercial Boulevard
Suite 218
Fort Lauderdale, Florida 33309
954.739-2527
954.739-2591 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD,<br>    Plaintiff,<br>vs.<br>CHRISTOPHER M. RANIERI, d/b/a<br>LAW OFFICE OF CHRISTOPHER<br>M. RANIERI, P.A.; CHRISTOPHER<br>RANIERI, P.A.; FIRST AMERICAN<br>INVESTMENT CO., LLC; and S&P<br>CAPITAL MANAGEMENT LLC., d/b/a<br>S&P CAPITAL INVESTMENTS, INC.<br>    Defendants. | Case No: 08 C 917<br><br>Judge Kennelly<br><br>Magistrate Judge Mason<br><br>F I L E D<br>APR 2 2 2008 YM<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

### CERTIFICATE OF SERVICE

    I certify that the Defendant's Answer was served upon the attorney for the Plaintiff, Curtis Warner, Esq. 151 N. Michigan Ave. 37th Floor - Suite 3714, Chicago, Illinois 60601 by US Mail on April 16, 2008. A true copy was mailed to the Clerk of Court at US Courthouse 219 South Dearborn Street, Chicago, Illinois 60604 on April 17, 2008.

*[signature]*

Christopher M. Ranieri
Pro se Defendant
3890 West Commercial Boulevard
Suite 211
Fort Lauderdale, Florida 33309
954.739-2527
954.739-2591 fax