## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 917 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Benford vs. Ranieri | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to correct. Motion is granted.  Ranieri defendants are directed to respond to motion to recover costs by 5/14/2008.  Reply is due 5/21/2008.  Ruling set to 5/28/2008 at 9:30 AM.   Plaintiff's counsel is directed to send a copy of the order to Ranieri defendants.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|