IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER M. RANIERI d/b/a )<br>LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; )<br>CHRISTOPHER M. RANIERI, P.A.; )<br>UNITED STATES CREDIT AGENCY, LLC, f/k/a )<br>FIRST AMERICAN INVESTMENT COMPANY, LLC; )<br>and S & P CAPITAL MANAGEMENT LLC., d/b/a )<br>S & P CAPITAL INVESTMENTS, INC. )<br>)<br>Defendants. ) | Case No. 08 C 917<br><br>Judge Kennelly<br><br>Magistrate Judge Mason<br><br><br>JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I, Curtis C. Warner, hereby certify that on April 28, 2008, a copy of this Certificate of Service was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail along with a copy of this Court's April 25, 2008 Order, Dkt. 26 to the following:

R. Michael McCann
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
*Attorneys For Defendants: Christopher M. Ranieri; Christopher M. Ranieri, P.A.; and United States Credit Agency, LLC f/k/a First American Investment Company, LLC*

                                          Respectfully submitted,
                                          s/ Curtis C. Warner
                                          Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601