# EXHIBIT 1

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Christopher M. Ranieri<br>3890 West Commercial Blvd.<br>Fort Lauderdale, Florida<br>33309 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7007 0710 0004 5898 7313 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

# EXHIBIT 2



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 5898 7313**
Status: **Delivered**

Your item was delivered at 2:07 PM on February 19, 2008 in FORT LAUDERDALE, FL 33309.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use
National & Premier Accounts                          

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

# EXHIBIT 3

**BROWARD COUNTY SHERIFF'S OFFICE**
P.O. BOX 9507   FORT LAUDERDALE, FLORIDA 33310

**RETURN OF SERVICE**

Assignment: 1161   DBA LAW OFC. OF CHRISTOPHER M. RANIERI   Service Sheet # 08-021374

BENFORD, JOFFREY vs. CHRISTOPHER M. RANIERI, ETAL.   08-C-917

| PLAINTIFF | VS. | DEFENDANT | CASE |

SUM/COMPLAINT/OS   DISTRICT/

| TYPE OF WRIT | COURT | HEARING DATE |

RANIERI, CHRISTOPHER M.   3890 W COMMERCIAL BLVD
SERVE   FT. LAUDERDALE, FL 33309
DBA LAW OFC. OF CHRISTOPHER

Received this process on
3/24/2008
Date

343003
WARNER LAW FIRM, LLC.
151 N MICHIGAN AVE 37TH FLR STE 3714
CHICAGO, IL 60601
ATTN: CURTIS C. WARNE

☒ Served
☐ Not Served – see comments

MARCH 27, 2008   1:37 PM
Date                Time

15577   Attorney

On RANIERI, CHRISTOPHER M DBA LAW OFC. OF CHRISTOPHER, in Broward County, Florida, by serving the within named person a true copy of the writ, with the date and time of service endorsed thereon by me, and a copy of the complaint, petition, or initial pleading, by the following method:

☒ **INDIVIDUAL SERVICE**

**SUBSTITUTE SERVICE:**
☐ At the defendant's usual place of abode on "any person residing therein who is 15 years of age or older", to wit:

_____, in accordance with F.S. 48.031(1)(a)

☐ To _____, the defendant's spouse, at _____ in accordance with F.S. 48.031(2)(a)

☐ To _____, the person in charge of the defendant's business in accordance with F.S. 48.031(2)(b), after two or more attempts to serve the defendant have been made at the place of business

**CORPORATE SERVICE:**

☐ To _____, holding the following position of said corporation _____ in the absence of any superior officer in accordance with F.S. 48.081

☐ To _____, an employee of defendant corporation in accordance with F.S. 48.081(3)

☐ To _____, as resident agent of said corporation in accordance with F.S. 48.091

☐ **PARTNERSHIP SERVICE:** To _____, partner, or to _____, designated employee or person in charge of partnership, in accordance with F.S. 48.061(1)

☐ **POSTED RESIDENTIAL:** By attaching a true copy to a conspicuous place on the property described in the complaint or summons. Neither the tenant nor a person residing therein 15 years of age or older could be found at the defendant's usual place of abode in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **POSTED COMMERCIAL:** By attaching a true copy to a conspicuous place on the property in accordance with F.S. 48.183

1st attempt date/time: _____   2nd attempt date/time: _____

☐ **OTHER RETURNS:** See comments

COMMENTS: 3/27/08 "White, Male, 6FT 0IN, Brown Hair, 210 LBS, Brown Eyes, 49."

You can now check the status of your writ
by visiting the Broward Sheriff's Office
Website at www.sheriff.org and clicking
on the icon "Service Inquiry"

AL LAMBERTI, SHERIFF
BROWARD COUNTY, FLORIDA

BY: _Deputy Gary Gottscebe_
#1161 GARY GOTTSCEBE

ORIGINAL

# EXHIBIT 4

[CORRECTED]

**WARNER LAW FIRM, LLC**
Millennium Park Plaza
151 N. Michigan Ave. 37th Floor - 3714
Chicago, Illinois 60601
312.238-9820 (TEL) * (312) 638-9139 (FAX)
www.warnerlawllc.com

April 15, 2008

VIA FAX & E-MAIL
Christopher M. Ranieri, Esq.
3890 West Commercial Boulevard
Fort Lauderdale, Florida 33309
(954) 739-2591 (Fax)
Ranierilaw@bellsouth.net

      Re:    *Joffery Benford v. Christopher M. Ranieri d/b/a Law Office of Christopher M. Ranieri, P.A. et al,* Case No. 08 C 917 (N.D. Ill).

Dear Mr. Ranieri:

[Redacted — Fed. R. Evid. 408]

      Also attached please find a copy of the proposed motion for attorney's fees and costs under Rule 4, without attached exhibits, for yours and Christopher M. Ranieri, P.A's failure to return the waiver of summons. I will forgo filing the motion if you send the Warner Law Firm, LLC by mail a check in the amount of $256 and send a copy of the check via e-mail or fax to me by noon on Thursday, April 17, 2008.

                                       Sincerely,

                                       Curtis Warner

Encl: