UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD,<br><br>  Plaintiff,<br><br>v.<br><br>CHRISTOPHER M. RANIERI d/b/a<br>LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.;<br>CHRISTOPHER M. RANIERI, P.A.;<br>UNITED STATES CREDIT AGENCY, LLC, f/k/a<br>FIRST AMERICAN INVESTMENT COMPANY, LLC;<br>and S & P CAPITAL MANAGEMENT LLC., d/b/a<br>S & P CAPITAL INVESTMENTS, INC.<br><br>  Defendants. | Case No. 08 C 917<br><br>Judge Kennelly<br><br>Magistrate Judge Mason |

**VOLUNTARY DISMISSAL OF DEFENDANT S & P CAPITAL MANAGEMENT LLC
d/b/a S & P CAPITAL INVESTMENTS, INC.**

NOW COMES Plaintiff Joffrey Benford by and through his counsel, Warner Law Firm, LLC by Curtis C. Warner, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) dismisses without prejudice Defendant S & P Capital Management LLC d/b/a S & P Capital Investments, Inc. only.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820

1

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on May 2, 2008, the document above was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail to the following:

R. Michael McCann
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
*Attorneys For Defendants: Christopher M. Ranieri; Christopher M. Ranieri, P.A.; and United States Credit Agency, LLC f/k/a First American Investment Company, LLC*

S & P Capital Management LLC, c/o Neil A. Patel
P.O. Box 709
Bedford, TX 76095

        Respectfully submitted,

        s/ Curtis C. Warner
        Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820