# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 917 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Benford vs. Ranieri, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's claims against defendant S&P Capital Management LLP, d/b/a S&P Capital Investments, Inc. are dismissed without prejudice pursuant to plaintiff's notice of voluntary dismissal. The case remains pending as to all other defendants.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|