# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 917 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Benford vs. Ranieri | | |

**DOCKET ENTRY TEXT**

Minute order of 4/23/2008 is amended to reflect the Court's ruling on motion to amend the complaint as granted. It is further amended to direct the Clerk of Court to strike and remove the image of exhibit one, attached to document number 17, from the docket.

Docketing to mail notices.

| | Courtroom Deputy Initials: | OR |
|---|---|---|