UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD, ) | |
| ) | Case No. 08 C 917 |
| Plaintiff, ) | |
| ) | Judge Kennelly |
| v. ) | |
| ) | Magistrate Judge Mason |
| CHRISTOPHER M. RANIERI d/b/a ) | |
| LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; ) | |
| CHRISTOPHER M. RANIERI, P.A.; ) | |
| UNITED STATES CREDIT AGENCY, LLC, f/k/a ) | |
| FIRST AMERICAN INVESTMENT COMPANY, LLC; ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT
MADE BY DEFENDANTS CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF
CHRISTOPHER M. RANIERI, P.A. and CHRISTOPHER M. PANIERI, P.A.**

NOW COMES, Plaintiff Joffery Benford, by and though his counsel Curtis C. Warner of Warner Law Firm, LLC, and Lara K. Bautista and gives written notice of his acceptance of Defendants Christopher M. Ranieri d/b/a Law Office of Christopher M. Ranieri, P.A.'s and Christopher M. Ranieri, P.A.'s ("Ranieri") Rule 68 Offer of Judgment of THREE THOUSAND DOLLARS ($3,000.00) comprising of $1,000 in statutory damages under the Fair Debt Collection Act, along with $2,000 in actual damages, plus all reasonable attorney's fees and costs through May 1, 2008, in this matter to be determined by the Court, in total settlement of this action against Defendants Christopher M. Ranieri d/b/a Law Office of Christopher M. Ranieri, P.A.'s and Christopher M. Ranieri, P.A. and United States Credit Agency, LLC, f/k/a First American Investment Company, LLC.  A copy of Ranieri's Rule 68 Offer of Judgment is attached hereto as <u>Appendix 1</u>.

2

**WHEREFORE,** Plaintiff requests the Clerk of the Court to enter a Judgment in this matter against Defendants Christopher M. Ranieri d/b/a Law Office of Christopher M. Ranieri, P.A. and Christopher M. Ranieri, P.A. pursuant to the terms of the Rule 68 Offer.

        Respectfully submitted,

        s/ Curtis C. Warner
          Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820  (TEL)
cwarner@warnerlawllc.com
*Lead Counsel for Plaintiff*

Laura K. Bautista
205 W. Monroe, 4th Floor
Chicago, IL 60606
(773) 512-5796 (TEL)
*Co-counsel for Plaintiff*