# APPENDIX 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER M. RANIERI d/b/a LAW )<br>OFFICE OF CHRISTOPHER M. RANIERI, )<br>P.A.; CHRISTOPHER M. RANIERI, P.A.; )<br>UNITED STATES CREDIT AGENCY, LLC, )<br>f/k/a FIRST AMERICAN INVESTMENT )<br>COMPANY, LLC; and S & P CAPITAL )<br>MANAGEMENT LLC, d/b/a S & P CAPITAL )<br>INVESTMENTS, INC. )<br>)<br>Defendants. | No.: 08 C 917<br><br>Judge Kennelly<br>Magistrate Judge Mason |

## RULE 68 OFFER OF JUDGMENT

The undersigned, acting on behalf of Defendants CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; and CHRISTOPHER M. RANIERI, P.A., (together, "Ranieri") hereby offer to plaintiff, JOFFREY BENFORD, the entry of judgment in favor of plaintiff and against Ranieri in the amount of THREE THOUSAND DOLLARS AND NO/100 ($3,000.00) comprising $1,000.00 statutory damages under the Fair Debt Collection Practices Act, $2,000.00 actual damages, and $0.00 punitive damages, plus all reasonable attorneys fees and costs as determined by the Court through the date hereof, in satisfaction of all the relief sought by plaintiff in this matter against CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; CHRISTOPHER M. RANIERI, P.A., and UNITED STATES CREDIT AGENCY, LLC, f/k/a FIRST AMERICAN INVESTMENT COMPANY, LLC. This Offer of Judgment is made pursuant to Rule 68 of the Federal Rules of Civil Procedure and shall only be valid for ten (10) days from the date of

service hereof. This offer is in total settlement of this action as against CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; CHRISTOPHER M. RANIERI, P.A., and UNITED STATES CREDIT AGENCY, LLC, f/k/a FIRST AMERICAN INVESTMENT COMPANY, LLC.

WILLIAMS MONTGOMERY & JOHN LTD.

By: _____
Date: May 1, 2008

R. Michael McCann
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
312-443-3200
fax 312-630-8500

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Defendants CHRISTOPHER M. RANIERI d/b/a LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; and CHRISTOPHER M. RANIERI, P.A.'s Offer of Judgment, attached hereto, was served upon the counsel for plaintiff on May 1, 2008, by e-mail in pdf format to cwarner@warnerlawllc.com and by enclosing same in an envelope and by placing it in the U.S. Mail at 20 North Wacker Drive, Chicago, Illinois, proper postage pre-paid, and addressed to such attorneys at their business address as disclosed by the pleadings of record herein.

_____