IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOFFREY BENFORD, | ) | |
| | ) | Case No. 08 C 917 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| CHRISTOPHER M. RANIERI d/b/a | ) | |
| LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; | ) | |
| CHRISTOPHER M. RANIERI, P.A.; | ) | |
| UNITED STATES CREDIT AGENCY, LLC, f/k/a | ) | |
| FIRST AMERICAN INVESTMENT COMPANY, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, Curtis C. Warner, hereby certify that on MAY 9, 2008, a copy of this certificate along with Plaintiff's Rule 68 Acceptance was filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered with a copy sent via US Mail to the following:

R. Michael McCann   rmm@willmont.com
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
*Attorneys For Defendants: Christopher M. Ranieri; Christopher M. Ranieri, P.A.; and United States Credit Agency, LLC f/k/a First American Investment Company, LLC*

                Respectfully submitted,

                s/ Curtis C. Warner
                Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
151 N. Michigan Ave. Ste. 3714
Chicago, Illinois 60601
(312) 238-9820 (TEL)