# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 917 | **DATE** | 5/12/2008 |
| **CASE TITLE** | Benford vs. Ranieri, et al. | | |

**DOCKET ENTRY TEXT**

The Court has reviewed plaintiff's notice of acceptance of an offer of judgment. The case is set for a status hearing on 5/22/08 at 9:30 a.m. so that the Court may inquire regarding: a) whether the offer of judgment and acceptance disposes of all remaining claims against all remaining defendants, including defendant United States Credit Agency LLC; b) how the acceptance of the offer affects the pending motion to recover costs of service of summons; and c) to set a schedule for determination of attorney's fees as contemplated by the offer of judgment.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|