## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 917 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Benford vs. Ranieri | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 7/1/2008 at 9:30 AM.   Motions for costs and attorneys fees (17, 30) are withdrawn.  Pursuant to plaintiff's acceptance of defendant's offer of judgment, judgment is entered against defendants Christopher Ranieri and Christopher Ranieri, P.A. in the amount of $3,000 plus  attorneys' fees and costs through 5/1/2008.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|