# United States District Court
## Northern District of Illinois
### Eastern Division

Benford                                          **JUDGMENT IN A CIVIL CASE**

            v.                                            Case Number: 08 C 917

Ranieri

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against defendants Christopher Ranieri and Christopher Ranieri, P.A. in the amount of $3,000 plus attorneys' fees and costs through 5/1/2008.

                                                   Michael W. Dobbins, Clerk of Court

Date: 5/22/2008                                _____
                                                             /s/ Olga Rouse, Deputy Clerk