## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 917 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Benford vs. Ranieri, et al. | | |

**DOCKET ENTRY TEXT**

Argument heard on plaintiff's motion for attorney's fees and costs.  The motion is granted in part [docket no. 39].  For the reasons stated in open court, the Court awards plaintiff attorney's fees and costs against defendants Ranieri and Ranieri, P.A. in the amount of $5,026.32.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|