IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOFFREY BENFORD, | ) | |
| | ) | Case No. 08 C 917 |
| Plaintiff, | ) | |
| | ) | Judge Kennelly |
| v. | ) | |
| | ) | Magistrate Judge Mason |
| CHRISTOPHER M. RANIERI d/b/a | ) | |
| LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; | ) | |
| CHRISTOPHER M. RANIERI, P.A.; | ) | |
| UNITED STATES CREDIT AGENCY, LLC, f/k/a | ) | |
| FIRST AMERICAN INVESTMENT COMPANY, LLC; | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SATISFACTION OF JUDGMENT**

On August 5, 2008, payment was made via hand-delivery in satisfaction of the Ranieri Defendants' Rule 68 Offer of Judgment to Plaintiff for three thousand dollars ($3,000) with attorney's fees and costs awarded by the Court in the amount of five thousand twenty-six dollars and thirty-two cents ($5,026.32), eight thousand twenty-six dollar and thirty-two cents ($8,026.32) in total. This amount satisfies the judgment entered by this Court in this matter.

    Respectfully submitted,

    s/ Curtis C. Warner
    Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)