IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOFFREY BENFORD, ) | Case No. 08 C 917 |
| Plaintiff, ) | |
| v. ) | Judge Kennelly |
| ) | Magistrate Judge Mason |
| CHRISTOPHER M. RANIERI d/b/a ) | |
| LAW OFFICE OF CHRISTOPHER M. RANIERI, P.A.; ) | |
| CHRISTOPHER M. RANIERI, P.A.; ) | |
| UNITED STATES CREDIT AGENCY, LLC, f/k/a ) | |
| FIRST AMERICAN INVESTMENT COMPANY, LLC; ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on August 6, 2008, a copy of this certificate along with the Satisfaction of Judgment were filed electronically using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered:

R. Michael McCann   rmm@willmont.com
Williams Montgomery & John Ltd.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
*Attorneys For Defendants: Christopher M. Ranieri; Christopher M. Ranieri, P.A.; and United States Credit Agency, LLC f/k/a First American Investment Company, LLC*

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
WARNER LAW FIRM, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)